1 | DAVID A. BOONE, ESQ., #74165
LAW OFFICES OF DAVID A. BOONE
2 | 1611 The Alameda
San Jose, California 95126
3 | (408) 291-6000

4 | Attorneys for Defendant/Debtor

The following constitutes the order of the Court.
Signed: March 7, 2022

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:

Alexandra Cock

         Debtor.

Brooks, Clark, Bella, Franklin, Franklin Trust
Smackeroo, Inc. Pension Plan, Golden Gate
Center for Spiritual Living, Karr, Marks, McVerry
McVerry Trust, Rondio, Rondio Trust, Tennant
Tennant Living Trusts, et al

         Plaintiffs
    v.

Alexandra Cock,
         Defendant.

Bankruptcy case No. 21-30417 WJL
Chapter 13

ADV. PROC. NO: 21-01006 WJL

Judge: William J Lafferty

**JUDGMENT FOR MAUREEN MCVERRY
RESOLVING ADVERSARY COMPLAINT**

PURSUANT TO THE STIPULATION RESOLVING THE OBJECTION TO CLAIM AND THE ADVERSARY COMPLAINT [ECF No. 20], IT IS HEREBY ORDERED:

1. Maureen McVerry, Plaintiff and Claimant, shall have a non-dischargeable judgment in the amount of $2,850.00. Any amount paid in the Chapter 13 plan to Claimant's Class 6 claim will reduce the amount owed under this judgment.

2. Such claim amount shall remain non-dischargeable as to any amount not paid in the Chapter 13 case. Any amount not paid in the Chapter 13 case will survive completion and discharge in the Chapter 13 case and will remain due and payable. No interest shall accrue on this judgment if paid through the Chapter 13 Plan. Any amount unpaid after completion or dismissal of the Chapter 13 shall bear interest at the Federal judgment interest rate from the date of such completion or dismissal.

3. All parties shall bear their own fees and costs.

**END OF ORDER**

COURT SERVICE LIST